```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Emmanuel Oruche,

                      Petitioner,               **ORDER**

                                                                                      12-cv-04072-AT-KHP

          -against-

United States of America,

                      Respondent.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       On April 22, 2022, Petitioner in this case submitted a supplemental reply brief regarding Petitioner's motion for the Court to vacate his Judgment of Conviction.  (ECF No. 28.)

       In light of this, Respondent is directed to submit any further supplemental briefing addressing issues raised in Petitioner's supplemental reply brief by Thursday, June 2, 2022.

SO ORDERED.

Dated: May 12, 2022
       New York, New York

                                                                              *Katharine H Parker*
                                                                              _____
                                                                              KATHARINE H. PARKER
                                                                              United States Magistrate Judge