```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Emmanuel Oruche,

                         Petitioner,

          -against-                                    **ORDER**
                                                           12-CV-04072-AT-KHP

United States of America,

                        Respondent.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      The Court understands that Petitioner has been released from BOP custody to ICE custody for deportation. By **Monday, November 21, 2022**, Respondent shall file a letter on ECF updating the Court as to the status of Petitioner's release and removal from the United States. The letter shall state whether a formal order of removal has been issued and whether Petitioner has been removed/deported from the United States. The letter shall also state whether Petitioner has been permanently barred from returning to the United States. In the event Petitioner has not been removed, the letter shall state whether removal proceedings are underway and the status of those proceedings.

SO ORDERED.

Dated: November 15, 2022
       New York, New York

                                                         *Katharine H. Parker*
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge