LAW OFFICE
OF
**B. ALAN SEIDLER**

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

November 21, 2022

Hon. Katherine H. Parker
US Magistrate Judge
500 Pearl Street
New York, NY 10007

    Re: Oruche v. USA 12 cv 4072 - AT- KHP

Dear Judge Parker;

    In response to your Order dated 11-15-2022:

    1. Oruche was released from BoP custody.

    2. Oruche knows of no formal Order for his Removal from the USA, and there is no permanent bar to his reentry into the USA.

    3. When Oruche was released from BoP custody he was told to report to the DHS office in Manhattan. There Oruche was advised by DHS to reapply for his Permanent Resident card which he did. On 4-29-2022, USCIS acknowledged its receipt of that Oruche application [I-190 form] and assigned an online case number. Oruche was ordered by USCIS to report for a Biometrics appointment on May 31, 2022, and Oruche complied. Oruche's I-190 application awaits adjudication by USCIS.

    Respectfully,

    B. Alan Seidler