

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 21, 2022

**BY ECF**

The Honorable Katharine H. Parker
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Emmanuel Oruche*, 12 Civ. 4072 (AT) (KHP)

Dear Judge Parker:

      On November 15, 2022, the Court ordered the Government to submit a letter by November 21, 2022, describing the status of the defendant's immigration proceedings.  The Government does not yet have an answer for the Court, and writes to respectfully request a two-week extension of the deadline to December 5, 2022.

                     Respectfully submitted,

                     DAMIAN WILLIAMS
                     United States Attorney

           By:    ___/s/_____
                     Margaret Graham
                     Assistant United States Attorney
                     (212) 637-2923

cc: B. Alan Seidler, Esq. (by ECF)