UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL ORUCHE,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/22/2022_

12 Civ. 4072 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 37, of the Honorable Katharine H. Parker, the Court reviewed the R&R for clear error and found none. *Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's petition is DENIED. Plaintiff's petition is therefore DISMISSED.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: December 22, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge