UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL ORUCHE,

                        Petitioner,

          -against-

UNITED STATES OF AMERICA,

                       Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2023____
```

12 Civ. 4072 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 18, 2023, Petitioner filed a motion for relief from judgment pursuant to Federal Rules of Civil Procedure 59(e) and 60(b).  ECF No. 39.  Accordingly, by **February 13, 2023**, the Government shall file its response.

      SO ORDERED.

Dated:  January 26, 2023
       New York, New York

ANALISA TORRES
United States District Judge