```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL ORUCHE,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

12 Civ. 4072 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 26, 2023, the Court ordered the Government to file its response to Petitioner's motion, ECF No. 39. ECF No. 40. That submission is now overdue. Accordingly, by **February 22, 2023**, the Government shall file its response.

    SO ORDERED.

Dated: February 14, 2023
         New York, New York

                                      ANALISA TORRES
                                 United States District Judge