```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL ORUCHE,

           Petitioner,

-against-

UNITED STATES OF AMERICA,

           Respondent.

12 Civ. 4072 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 26, 2023, the Court ordered the Government to file its response to Petitioner's motion, ECF No. 39. ECF No. 40. On February 14, 2023, the Court extended the Government's deadline to February 22, 2023. ECF No. 41. The Government has not filed its response. Accordingly, by **March 3, 2023**, the Government shall do so.

    SO ORDERED.

Dated: February 23, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge